A. J. KERSHAW, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Opinion filed June 30, 1922.

A Writ of Error to the Criminal Court of Record for Monroe County; W. Hunt Harris, Judge.

*Wm. H. Malone* and *J. F. Busto,* for Plaintiff in Error.

*Rivers Buford,* Attorney General, and *J .B .Gaines,* Assistant, for the State.

PER CURIAM.—Upon a consideration of the record herein it clearly appears that the evidence does not sustain the verdict, therefore the judgment should be and is reversed for a new trial at the expense of Monroe County.

BROWNE, C. J. and TAYLOR, WHITFIELD, ELLIS and WEST, J J., concur.